UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CARLSEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>SYNCHRONY BANK,<br><br>        Defendant. | Case No 2:17-cv-02274-KJM-GGH<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT** |

    Plaintiff Shannon Carlsen and defendant Synchrony Bank have filed a Stipulation to Arbitrate Claims and Dismiss Lawsuit. ECF No. 9. Based on this Stipulation, and for **GOOD CAUSE** shown, the Stipulation is hereby **GRANTED**. The parties' clams shall be submitted to arbitration under the parties' agreement, and this case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: February 12, 2018.

                                        UNITED STATES DISTRICT JUDGE

– 1 –
ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND DISMISS LAWSUIT